IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Baxter Felix Vinson, #175719, | ) | C/A No.:  0:10-847-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Sharonda Sutton, Alan Walls, M.D., | ) | |
| Larrry Cartledge,  Karen McCullough, | ) | |
| Marie Sherman, Robert Poiletman, M.D. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is in the custody of the South Carolina Department of Corrections ("SCDC"), and Defendants want to depose him.  All Parties consent to the deposition. Therefore, it is

ORDERED that the SCDC shall make inmate <u>Baxter Felix Vinson, #175719</u>, available to be deposed at a date and time convenient to the Parties and to the SCDC. A copy of this Order shall be served upon the SCDC at its Headquarters in Columbia, South Carolina, and delivered to the Director or his designee.

AND IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 11, 2011
Columbia, South Carolina

I CONSENT:


_s/Scott Evans_____
Scott Evans, Esquire
C. Carter Elliott, Jr., Esquire
Attorneys for the Plaintiff




I CONSENT:



_s/James E. Parham, Jr._____
James E. Parham, Jr., Esquire
Attorney for the Defendants,
Allan Walls, M.D., Karen
McCullough, Marie Sherman,
and Robert Poiletman, M.D.




I CONSENT:



_s/William H. Davidson, II_____
William H. Davidson, II, Esquire
Attorney for the Defendants,
Sharonda Sutton and
Larry Cartledge