IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | |
|---|---|
| Baxter Felix Vinson, #175719, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sharonda Sutton, Alan Walls, M.D., )<br>Larry Cartledge, Karen McCullough, )<br>Marie Sherman, Robert )<br>Poiletman, M.D., )<br>)<br>Defendants. )<br>_____ ) | Civil Action Number 0:10-847-CMC-PJG<br><br><br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that the Defendants Alan Walls, M.D., Karen McCullough and Marie Sherman in the above captioned action hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order of United States District Judge Cameron McGowan Currie including the denial of qualified immunity to these Defendants. (Dkt. #146). The Order was entered on March 13, 2013.

                                                                       s/James E. Parham, Jr.

                                                                       James E. Parham, Jr.
                                                                       Federal I.D. #2969

                                                                        Attorney for the Defendants
                                                                        Alan Walls, M.D., Karen
                                                                        McCullough and Marie Sherman

                                                                        Post Office Box 1576
                                                                        Irmo, South Carolina 29063
                                                                        803-749-8555

April 12, 2013                            803-749-0277 (FAX)