# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Baxter Felix Vinson, Jr., | ) | C/A No: 0:10-cv-00847-CMC |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sharonda Sutton; Alan Walls, MD; | ) | |
| Larry Cartledge; Karen McCullough; | ) | |
| Marie Sherman; and Robert Poiletman, MD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court having been advised by counsel for the plaintiff and defendants Alan Walls, MD; Karen McCullough; and Marie Sherman that the above action has been settled between those parties,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice as to defendants Alan Walls, MD; Karen McCullough; and Marie Sherman, and upon good cause shown within sixty (60) days, any of those parties may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

June 9, 2014
Columbia, South Carolina