# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | |
|---|---|
| Baxter Felix Vinson, #175719, | Civil Action Number: 0:10-847-CMC-PJG |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| | ON BEHALF OF THE DEFENDANTS |
| Alan Walls, M.D., Karen McCullough, and Marie Sherman, | |
| Defendants. | |

The Plaintiff and the Defendants hereby stipulate to the dismissal of the Defendants, Alan Walls, M.D., Karen McCullough and Marie Sherman, from the above-captioned matter, with prejudice, with all parties bearing their own attorney's fees and costs.

**ALL PARTIES SO STIPULATE:**

s/ James B. Moore, III
James B. Moore, III
*Counsel for Plaintiff*

James E. Parham, Jr., P.A.

s/ James E. Parham, Jr.
James E. Parham, Jr., Fed ID #2969
*Counsel for the Defendants*

The Bell Legal Group, LLC

s/ Scott C. Evans
J. Edward Bell, III
Scott C. Evans
*Counsel for Plaintiff*

Dated: July 10, 2014

1